**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LAUREN BYRNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SANTA BARBARA HOSPITALITY, INC., THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and SANTA BARBARA HOSPITALITY SERVICES, LLC,<br><br>Defendants. | Case No. 5:17-cv-00527 JGB (KKx)<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR-CROSS CLAIMANTS' MOTION TO INTERVENE**<br><br>Case Filed: March 21, 2017<br>Trial Date: None. |

Having considered Proposed Intervenor Counter-Claimants' Motion to Intervene, all supporting and opposing documents, and having heard oral argument of counsel, if any, and otherwise being duly advised on all matters presented on this cause, IT IS HEREBY ORDERED that leave is GRANTED to allow Intervenor - Cross Claimants to intervene in this action.

The Proposed Class Action Complaint in Intervention provided with the Motion shall be considered filed as of the date of this ruling.

**IT IS SO ORDERED.**

Dated: _______________

_______________________________
Honorable Jesus G. Bernal
United States District Court Judge