# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT (ECF NO. 64) FILED IN EXCESS OF PAGE LIMITS** |

**ORDER**

Before the Court is the Joint Stipulation Regarding Memorandum in Support of Plaintiff's Unopposed Motion for Class Certification and Preliminary Approval of Settlement (ECF No. 64). After considering the Stipulation, the Court Orders the following:

Plaintiff is permitted to file the Memorandum in Support of Plaintiff's Unopposed Motion for Class Certification and Preliminary Approval of Settlement separately filed as ECF No. 64 in excess of page limits.

SO ORDERED this 12 day of October, 2017.

Honorable Jesus G. Bernal
United States District Judge