**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| LAUREN BYRNE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF INDUSTRY HOSPITALITY VENTURE, INC., et al.,<br><br>    Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANTS' MOTION FOR STAY OF CLASS AND COLLECTIVE ACTION PROCEEDINGS (ECF NO. 48) AND PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND ISSUANCE OF NOTICE (ECF NOS. 49, 51) AND TO NOT FILE RESPONSIVE PLEADINGS TO INTERVENORS' COMPLAINT (ECF NO. 62)** |

**ORDER**

Before the Court is the Parties' Stipulation to Continue Hearing Date as to Defendants' Motion for Stay of Class and Collective Action Proceedings (ECF No. 48) and Plaintiff's Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice (ECF Nos. 49, 51), and to not file responsive pleadings to the Intervenors' Complaint (ECF No. 62). After considering the Stipulation, the Court ORDERS the following:

The hearing on Plaintiff's Conditional Certification Motion and Defendants' Motion to Stay (ECF Nos. 48, 49, 51) are hereby CONTINUED until **April 30, 2018, at 9:00 a.m**. The Parties' deadline to respond in opposition to those Motions is **April 9, 2018**. Should the Court grant Final Approval of the Parties' Settlement Agreement, the aforementioned motions shall be removed from the Court's docket as moot and no responsive pleadings shall be required.

Furthermore, in light of the Parties' Settlement Agreement, the Parties shall not file a responsive pleading to the Intervenors' Complaint (ECF No. 62). However, should the Court not grant Final Approval of the Parties' Settlement, the Parties shall file responsive pleadings to the Intervenors' Complaint by **April 9, 2018**.

SO ORDERED this 6th day of November, 2017.

Honorable Jesus G. Bernal
United States District Judge