| | |
|---|---|
| Todd Slobin (admitted *PHV*) <br> tslobin@eeoc.net <br> Ricardo J. Prieto (admitted *PHV*) <br> rprieto@eeoc.net <br> SHELLIST \| LAZARZ \| SLOBIN LLP <br> 11 Greenway Plaza, Suite 1515 <br> Houston, Texas 77046 <br> Telephone: (713) 621-2277 <br> Facsimile: (713) 621-0993 <br><br> Melinda Arbuckle (Cal. Bar No. 302723) <br> marbuckl@baronbudd.com <br> BARON & BUDD, P.C. <br> 15910 Ventura Boulevard, Suite 1600 <br> Encino, California 91436 <br> Telephone: (818) 839-6506 <br> Facsimile: (818) 986-9698 | Jennifer Liakos (Cal. Bar. No. 207487) <br> jliakos@napolilaw.com <br> NAPOLI SHKOLNIK PLLC <br> 525 South Douglas Street, Suite 260 <br> El Segundo, CA 90245 <br> Telephone: (310) 331-8224 <br> Facsimile: (646) 843-7603 <br><br> Salvatore C. Badala (admitted *PHV*) <br> sbadala@napolilaw.com <br> Paul B. Maslo (admitted *PHV*) <br> pmaslo@napolilaw.com <br> NAPOLI SHKOLNIK PLLC <br> 360 Lexington Avenue, 11th Floor <br> New York, New York 10017 <br> Telephone: (212) 397-1000 <br> Facsimile: (646) 843-7603 |

*Class Counsel for Plaintiffs and Proposed Settlement Class Members*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| LAUREN BYRNE, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF INDUSTRY HOSPITALITY VENTURE, INC., *et al.*, <br><br> Defendants. | Case No: 5:17-cv-00527 JGB (KKx) <br><br> **ORDER APPROVING ECF NO. 92 JOINT STIPULATION REGARDING MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS (ECF NO. 93) FILED IN EXCESS OF PAGE LIMITS** |

**ORDER**

- 2 -

Before the Court is the Joint Stipulation Regarding Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement and Award of Attorneys' Fees, Expenses, and Service Awards (ECF No. 93) Filed in Excess of Page Limits. (ECF No. 92). After considering the Stipulation, the Court Orders the following:

Plaintiffs are permitted to file the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement and Award of Attorneys' Fees, Expenses, and Service Awards separately filed as ECF No. 93 in excess of page limits.

SO ORDERED this 23rd day of February, 2018.

Honorable Jesus G. Bernal
United States District Judge