WILLIAM X. KING (SBN 291202)
will.king@feldman.law
CASEY T. WALLACE
(*pro hac vice pending*)
casey.wallace@feldman.law
FELDMAN & FELDMAN, PC
3355 W. Alabama, Suite 1220
Houston, TX  77098
Tel: (713) 986-9471
Fax: (713) 986-9472
ATTORNEYS FOR INTERVENORS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LAUREN BYRNE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> SANTA BARBARA HOSPITALITY, INC., THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and SANTA BARBARA HOSPITALITY SERVICES, LLC, <br><br> Defendants. | Case No. 5:17-cv-00527 JGB (KKx) <br><br> [Assigned to The Hon. Jesus G. Bernal] <br><br> **INTERVENORS' MOTION TO STRIKE SHALA NELSON'S OBJECTION** <br><br> Date:   March 5, 2018 <br> Time:   9:00 a.m. <br> Courtroom:   1 <br><br> Date Action Filed: March 21, 2017 <br> Trial Date:   None. |

# MOTION TO STRIKE NELSON'S OBJECTION

## I. INTRODUCTION

Meghan Herrera, Danielle Hach, Alisa Osborne, Carlie Zufelt, Gena Torres, Regina Cabral, and Sabrina Preciado ("Intervenors") submit this Motion to Strike Shala Nelson's Objection.

Ms. Nelson filed her objection to the proposed settlement on January 22, 2018. Then, the next day, she inexplicably opted-out of the class.

## II. ARGUMENT & AUTHORITIES

"[O]nly class members have an interest in the settlement funds, and therefore only class members have standing to object to a settlement. Anyone else lacks the requisite proof of injury necessary to establish the 'irreducible minimum' of standing." *Feder v. Elec. Data Sys. Corp.*, 248 Fed. Appx. 579, 580 (5th Cir. 2007); *Gould v. Alleco, Inc.*, 883 F.2d 281, 284 (4th Cir.1989) (noting that "[t]he plain language of Rule 23(e) clearly contemplates allowing only class members to object to settlement proposals"); FED. R. CIV. P. 23(e)(4)(A) (providing that "any class member may object to a proposed settlement").

As an opt-out, Ms. Nelson lacks standing to complain about the Settlement Agreement. "Those who are not class members, because they are outside the definition of the class or have opted out, are on a different footing. Class action settlements typically leave intact the legal claims of others. This is one of the reasons why nonsettling parties in multi-party cases lack standing to object to settlement agreements on appeal." *Mayfield v. Barr*, 985 F.2d 1090, 1092 (D.C. Cir. 1993). The same holds true in this case. Accordingly, Intervenors request that Ms. Nelson's objection be stricken.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2018 | Respectfully submitted, |
| 2 | | By: /s/ *William X. King* |
| 3 | | William X. King |
| | | Cal. Bar No. 291202 |
| 4 | | Casey T. Wallace |
| 5 | | (*Pro hac vice pending*) |
| | | FELDMAN & FELDMAN, PC |
| 6 | | 3355 W. Alabama, Ste. 1220 |
| 7 | | Houston, TX  77098 |
| | | Tel: (713) 986-9471 |
| 8 | | Fax: (713) 986-9472 |
| 9 | | will.king@feldman.law |
| 10 | | casey.wallace@feldman.law |
| | | **COUNSEL FOR INTERVENORS** |

2

INTERVENORS' MOTION TO STRIKE SHALA NELSON'S OBJECTION

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Central District of California, using the CM/ECF System of the Court and that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Peter E. Garrell
John M. Kennedy
GARRELL LAW, P.C.
1875 Tandem Way
Norco, CA 92860
Tel: (714) 451-4148
pgarrell@garrelllaw.com
jkennedy@garrelllaw.com
**ATTORNEYS FOR DEFENDANTS**

Ashley Ingraham
7095 Hollywood Blvd.,
Los Angeles, CA 90028
rhinolitigation@gmail.com
**PRO SE**

Jonathan Delshad
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd. Suite 220
Los Angeles, CA 90025
Tel: (424) 255-8376
jdelshad@delshadlegal.com
**ATTORNEY FOR SHALA NELSON**

Shannon Liss-Riordan
Matthew D. Carlson
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
sliss@llrlaw.com
mcarlson@llrlaw.com
**ATTORNEYS FOR ADRIANA ORTEGA**

Melinda Arbuckle
BARON AND BUDD PC
15910 Ventura Blvd. Ste. 1600
Encino, CA 91436
Tel: (818) 839-6506
marbuckl@baronbudd.com

Jennifer Liakos
Salvatore C. Badala
Paul B. Maslo
NAPOLI SHKOLNIK PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Tel: (310) 331-8224
jliakos@napolilaw.com
sbadala@napolilaw.com
pmaslo@napolilaw.com

Ricardo J Prieto
Todd Slobin
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza Suite 1515
Houston, TX 77046
Tel: (713) 621-2277
Fax: (713) 621-0993
rprieto@eeoc.net
tslobin@eeoc.net
**ATTORNEYS FOR PLAINTIFFS**

/s/ *William X. King*
William X. King