**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANTS' MOTION FOR STAY OF CLASS AND COLLECTIVE ACTION PROCEEDINGS (ECF NO. 48) AND PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND ISSUANCE OF NOTICE (ECF NOS. 49, 51)** |

Before the Court is the Parties' Stipulation to Continue Hearing Date as to Defendants' Motion for Stay of Class and Collective Action Proceedings (ECF No. 48) and Plaintiff's Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice (ECF Nos. 49, 51). After considering the Stipulation, the Court ORDERS the following:

The hearing on Plaintiff's Conditional Certification Motion and Defendants' Motion to Stay (ECF Nos. 48, 49, 51) are hereby CONTINUED until **May 14, 2018**. The Parties' deadline to respond in opposition to those Motions is **April 23, 2018**.

IT IS FURTHER ORDERED that the Intervenors' Motion for Declaratory Relief (ECF No. 91) shall be heard on the date of the hearing on the Motion for Final Approval on **April 9, 2018**.

Additionally, it is ORDERED that Plaintiffs and Defendants shall file responsive pleadings to the Intervenors' Complaint (ECF No. 62) only in the event the Court does not grant final approval of the settlement (ECF No. 93 (the "Motion for Final Approval")) on **April 23, 2018**.

SO ORDERED this 9th day of March, 2018.

Honorable Jesus G. Bernal
United States District Judge