**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>  Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANTS' MOTION FOR STAY OF CLASS AND COLLECTIVE ACTION PROCEEDINGS (ECF NO. 48) AND PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND ISSUANCE OF NOTICE (ECF NOS. 49, 51)** |

1      Before the Court is the Parties' Stipulation to Continue Hearing Date as to
2 Defendants' Motion for Stay of Class and Collective Action Proceedings (ECF No.
3 48) and Plaintiff's Motion for Conditional Certification of FLSA Collective Action
4 and Issuance of Notice (ECF Nos. 49, 51). After considering the Stipulation, the
5 Court ORDERS the following:

6      The hearing on Plaintiff's Conditional Certification Motion and Defendants'
7 Motion to Stay (ECF Nos. 48, 49, 51) are hereby CONTINUED until **July 9, 2018**.
8 The Parties' deadline to respond in opposition to those Motions is **June 18, 2018**.
9 If Final Approval of the Parties' Settlement Agreement is not granted, the Parties
10 shall file responsive pleadings to the Intervenors' Complaint by **June 18, 2018**.

11      SO ORDERED this 13th day of April, 2018.

Honorable Jesus G. Bernal
United States District Judge