UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>    Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AS TO DEFENDANTS' MOTION FOR STAY OF CLASS AND COLLECTIVE ACTION PROCEEDINGS (ECF NO. 48) AND PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND ISSUANCE OF NOTICE (ECF NOS. 49, 51)** |

**ORDER**

    Before the Court is the Parties' Stipulation to Continue Hearing Date as to Defendants' Motion for Stay of Class and Collective Action Proceedings (ECF No. 48) and Plaintiff's Motion for Conditional Certification of FLSA Collective Action and Issuance of Notice (ECF Nos. 49, 51). After considering the Stipulation, the Court ORDERS the following:

    The hearing on Plaintiff's Conditional Certification Motion and Defendants' Motion to Stay (ECF Nos. 48, 49, 51) are hereby CONTINUED until **September 10, 2018 at 9:00 am**. The Parties' deadline to respond in opposition to those Motions is **August 20, 2018**. If Final Approval of the Parties' Settlement Agreement is not granted, the Parties shall file responsive pleadings to the Intervenors' Complaint by **August 20, 2018**.

    SO ORDERED this 30th day of May, 2018.

*[signature]*

Honorable Jesus G. Bernal
United States District Judge