**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>    Defendants. | Case No: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO PROPOSE AUGUST 6, 2018 AS HEARING DATE TO ADDRESS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ACCOMPANYING MOTIONS AND OBJECTIONS, PURSUANT TO COURT ORDER ECF NO. 143.** |

After considering the Stipulation, the Court ORDERS the following:

Plaintiffs' Motion for Final Approval of Class Action Settlement [Doc. No. 93] and the accompanying Motions and Objections [Doc. No. 91 and 98] shall be heard on **August 6, 2018 at 9:00 am**.

SO ORDERED this 20th day of June, 2018.

_____
Honorable Jesus G. Bernal
United States District Judge

- 1 -