SHANNON LISS-RIORDAN (State Bar No. 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

Attorneys for Objector ADRIANA ORTEGA

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| LAUREN BYRNE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 5:17-cv-00527 JGB (KKx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT PROPOSED SUPPLEMENTAL NOTICE TO AUGUST 27, 2018** |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT PROPOSED SUPPLEMENTAL NOTICE TO AUGUST 27, 2018**

Before the Court is the Parties' Joint Stipulation to Extend Time to Submit Proposed Supplemental Notice to August 27, 2018. After considering the Stipulation, the Court ORDERS the following:

The deadline for the parties to submit their proposed supplemental notice is hereby extended to August 27, 2018.

SO ORDERED this 27th day of August, 2018.

Honorable Jesus G. Bernal
United States District Judge

1

**ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT PROPOSED SUPPLEMENTAL NOTICE TO AUGUST 27, 2018**