# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and SANTA BARBARA HOSPITALITY SERVICES, LLC,<br><br>    Defendants. | Case No. 5:17-cv-00527 JGB (KKx)<br><br>**ORDER APPROVING THIRD ADDENDUM TO *BYRNE* SETTLEMENT**<br><br>Date Action Filed:  3/21/17<br>Trial Date:        None |

ORDER APPROVING 3RD ADDENDUM TO SETTLEMENT

Before the Court is the Parties' Third Addendum to Stipulation and Settlement Agreement Dated as of February 16, 2021. After considering the Third Addendum, the Court finds **_Good Cause_** that the Third Addendum to Stipulation and Settlement Agreement Dated as of February 16, 2021, is appropriate under the circumstances.

THEREFORE, consistent with the Third Addendum to Stipulation and Settlement Agreement Dated as of February 16, 2021, the Court Orders as follows:

1. Except as otherwise set forth herein, the Agreement previously approved and Final Judgment entered by the Court on December 13, 2018 (Dkt. No. 179), initial Addendum and Order thereon (ECF Nos. 186 & 191) as well as the Second Addendum shall remain in full force and effect. Other than the items set forth herein, any contradictions between this Third Addendum and the Agreement shall be governed by the foregoing (Dkt. Nos. 64, 64-1, 64-2 and 194);

2. All terms capitalized herein shall have the same meaning as set forth in the Agreement;

   a. Within five (5) days of approval of this Third Addendum Defendants shall deposit with class counsel an additional $50,000;
   b. Class Counsel shall direct payment of those funds;
   c. Defendants shall be temporarily relieved of their obligations to make monthly payments to KCC pursuant to the addendum for six (6) months after the Court's approval of this Third Addendum ("the grace period");
   d. No later than ten (10) days after the grace period ends, Defendants' counsel and _Byrne_ Counsel shall meet and confer in a good faith effort to agree on a viable payment plan for all remaining obligations under the _Byrne_ settlement;
   e. Class Counsel shall make no further demands for payment during the grace period, but counsel for Defendants shall use their best efforts to keep Class Counsel advised as to the status of club openings or

1

ORDER APPROVING 3RD ADDENDUM TO SETTLEMENT

obtaining further financing that would permit them to use the proceeds to fund the settlement without penalty and shall respond in good faith to all inquiries regarding same.

    f.  The Parties shall have fourteen days (14) to submit a new payment plan to the Court for approval after they meet and confer per section 2(d) herein the Agreement. Should the Parties be unable to reach an agreement, they will first submit their dispute to mediator Charles Stohler and if unsuccessful the dispute shall then be submitted to the Court for resolution. The Parties shall make all good faith efforts to reach an agreement/resolution without Court intervention. Defendant shall cover any expenses associated with Mr. Stohler's fees as mediator.

Except as otherwise set forth herein, the Agreement previously approved, Final Judgment entered by the Court on December 13, 2018 (ECF No. 179), initial Addendum and Order thereon (ECF Nos. 186 & 191) and Second Addendum and Order thereon (ECF Nos. 194 & 195), shall remain in full force and effect.

**IT IS SO ORDERED:**

Dated:  February 25, 2021

_____
The Honorable Jesus G. Bernal
United States District Court Judge

Presented by:

  /s/
_____
Peter E. Garrell
Counsel for Defendants
SANTA BARBARA HOSPITALITY SERVICES, INC.,
THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.,
SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and
SANTA BARBARA HOSPITALITY SERVICES, LLC