Peter E. Garrell, Esq. (SBN 155177)
  pgarrell@fortislaw.com
John M. Kennedy, Esq. (SBN 156009)
  ikennedy@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
Tel: (714) 839-3800
Fax: (714) 795-2995

Attorneys for Defendants
Santa Barbara Hospitality Services, Inc.,
The Spearmint Rhino Companies Worldwide, Inc.,
Spearmint Rhino Consulting Worldwide, Inc. and
Santa Barbara Hospitality Services, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and SANTA BARBARA HOSPITALITY SERVICES, LLC,<br><br>Defendants. | Case No. 5:17-cv-00527 JGB (KKx)<br><br>[Assigned for All Purposes to The Hon. Jesus G. Bernal]<br><br>**NOTICE OF LODGING FOURTH ADDENDUM TO STIPULATION AND SETTLEMENT AGREEMENT DATED AS OF NOVEMBER 17, 2021**<br><br>Date Action Filed: March 21, 2017<br>Trial Date: NONE |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants hereby lodge the attached FOURTH ADDENDUM TO STIPULATION AND SETTLEMENT AGREEMENT DATED AS OF NOVEMBER 17, 2021, and filed concurrently herewith as Exhibit 1.

Dated: November 17, 2021        FORTIS LLP

By: /s/ *Peter E. Garrell*
Peter E. Garrell
Attorneys for Defendants
Santa Barbara Hospitality Services, Inc., The Spearmint Rhino Companies Worldwide, Inc., Spearmint Rhino Consulting Worldwide, Inc. and Santa Barbara Hospitality Services, LLC