# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LAUREN BYRNE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SANTA BARBARA HOSPITALITY SERVICES, INC., THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and SANTA BARBARA HOSPITALITY SERVICES, LLC,<br><br>　　　　　　　Defendants. | Case No. 5:17-cv-00527 JGB (KKx)<br><br>**ORDER APPROVING FOURTH ADDENDUM TO *BYRNE* SETTLEMENT**<br><br>Date Action Filed:　3/21/17<br>Trial Date:　None |

Before the Court is the Parties' Fourth Addendum to Stipulation and Settlement Agreement Dated as of November 17, 2021. After considering the Fourth Addendum, the Court finds **_Good Cause_** that the Fourth Addendum to Stipulation and Settlement Agreement Dated as of November 17, 2021, is appropriate under the circumstances.

THEREFORE, consistent with the Fourth Addendum to Stipulation and Settlement Agreement Dated as of November 17, 2021, the Court Orders as follows:

1. Except as otherwise set forth herein, the Agreement previously approved and Final Judgment entered by the Court on December 13, 2018 (Dkt. No. 179), initial Addendum and Order thereon (ECF Nos. 186 & 191), the Second Addendum, as well as the Third Addendum, shall remain in full force and effect. Other than the items set forth herein, any contradictions between this Fourth Addendum and the Agreement shall be governed by the foregoing (Dkt. Nos. 64, 64-1, 64-2 and 194);

   a) All terms capitalized herein shall have the same meaning as set forth in the Agreement:

   b) Except as otherwise set forth herein, the Agreement previously approved and Final Judgment entered by the Court on December 13, 2018 (Dkt. No. 179), as well as the Second Addendum (Dkt. 194 and Third Addendum (Dkt. 197) shall remain in full force and effect. Other than the items set forth herein, any contradictions between this Fourth Addendum and the Agreement shall be governed by the foregoing (Dkt. Nos. 64, 64-1, 64-2, 195 and 197);

   c) All terms capitalized herein shall have the same meaning as set forth in the Agreement;

   d) No later than December 1, 2021, Defendants shall pay to the claims administrator (KCC) the sum of $300,000 which shall be credited to the

balance of $2,269,329.70. KCC shall hold the $300,000 in trust until Court approval of the Fourth Addendum;

e) Provided there has been approval of the Fourth Addendum by the Court, the remaining $1,969,329.70 shall be paid by Defendants to the claims administrator (KCC) in no more than twenty four (24) equal installments of $82,055 each commencing January 5, 2022 and no later than the fifth (5th) of the following twenty three (23) months until paid in full. In the event approval of the Fourth Addendum by the Court has not occurred by January 5, 2022 any payments due shall be retroactive upon approval and paid to KCC within ten (10) days of approval by the Court;

f) Counsel for Plaintiffs are to direct payment of all sums the subject of this Fourth Addendum, provided any additional claims administration fees over and above those already estimated by KCC are not incurred. KCC shall notify Class Counsel and Defense Counsel prior to incurring any additional claims administration fees over and above those already estimated by KCC, and shall not incur those fees without written authority from both Class and Defense Counsel;

g) Only in the event of a further government shut down of any of the clubs funding this settlement, the Parties agree to meet and confer as to further payments and to submit any disputes to D. Charles Stohler as a mediator whose expense shall be borne exclusively by Defendants before either party may proceed with further action;

h) In the event of a further government shut down of any of the clubs and in the event payments are discontinued, interest shall be applied against any remaining balance at the California post judgment interest rate of 10%; and

Except as otherwise set forth herein, the Agreement previously approved, Final Judgment entered by the Court on December 13, 2018 (ECF No. 179), initial Addendum and Order thereon (ECF Nos. 186 & 191), Second Addendum and Order thereon (ECF Nos. 194 & 195), and Third Addendum and Order thereon (ECF Nos. 196 & 197) shall remain in full force and effect.

**IT IS SO ORDERED:**

Dated:  November 19, 2021

The Honorable Jesus G. Bernal
United States District Court Judge

Presented by:

  /s/
Peter E. Garrell
Counsel for Defendants
SANTA BARBARA HOSPITALITY SERVICES, INC.,
THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.,
SPEARMINT RHINO CONSULTING WORLDWIDE, INC., and
SANTA BARBARA HOSPITALITY SERVICES, LLC